# First District Court of Appeal
## State of Florida

—————————————————

No. 1D2026-0966

—————————————————

K.A., Mother of H.W. & K.B.,
Minor Children; and J.W.,
Father of H.W., Minor Child,

    Petitioners,

v.

Statewide Guardian ad Litem
Office; K.B., Minor Child; H.W.,
Minor Child and Department
of Children and Families,

    Respondents.

—————————————————

Petition for Writ of Certiorari—Original Proceedings.

June 10, 2026

Per Curiam.

    Dismissed.

Lewis, Roberts, and Winokur, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Candice K. Brower, Regional Conflict Counsel, and Ronald P. Newlin, Assistant Regional Conflict Counsel, Office of Criminal Conflict and Civil Reginal Counsel, Tallahassee, for Petitioners.

Sarah J. Rumph, Children's Legal Services, Tallahassee, for Respondents; Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Sarah Todd Weitz, Senior Attorney, Statewide Guardian ad Litem Office, Tallahassee, for Statewide Guardian ad Litem.